AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF                    CALIFORNIA

## APPEARANCE

Case Number:  08mj8460

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ANA ELIZABETH GUTIERREZ

I certify that I am admitted to practice in this court.

| 5/29/2008 | /s/ John C. Ellis, Jr. | |
|---|---|---|
| Date | Signature | |
| | John C. Ellis, Jr. / Federal Defenders of SD | 228083 |
| | Print Name | Bar Number |
| | 225 Broadway, Suite 900 | |
| | Address | |
| | San Diego, CA  92101 | |
| | City          State | Zip Code |
| | (619) 234-8467          (619) 687-2666 | |
| | Phone Number | Fax Number |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08mj8460 |
| | ) | |
| v. | ) | |
| | ) | |
| ANA ELIZABETH GUTIERREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Notice of Appearance has been electronically served this day upon:

United States Attorney's Office
880 Front Street
San Diego, CA  92101

Dated:  May 29, 2008

        _/s/  John  C.  Ellis,  Jr._
JOHN C. ELLIS, JR.
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
john_ellis@fd.org